UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ISRAEL BENJAMIN WRIGHT,<br><br>  Defendant. | ) <br>) CR-11-107-WFN-7<br>) <br>) <br>) UNOPPOSED ORDER GRANTING<br>) MOTIONS (ECF No. 728 and<br>) 757)<br>) <br>) |

   Before the Court is Defendant Israel Wright's Motion to Amend Release Conditions (ECF No. 728) and Motion to Shorten Time (ECF No. 757).

   The United States Attorney office, Pre-Trial Services office and all other parties are in agreement to the proposed amending conditions of release.

   **IT IS ORDERED** that:

   1.  Defendant's Motion to Shorten Time (ECF No. 757) is **GRANTED**.

   2.  Defendant's Motion to Amend Conditions of Release (ECF 728) is **GRANTED** as to Condition 29 of the Order Setting Conditions of Release.  The conditions of release are hereby modified to remove the Defendant Israel Wright from home confinement/electronic home monitoring.

   //

UNOPPOSED ORDER - 1

3. All other conditions shall remain in full force and effect.

DATED January 27, 2012.

                <u>     s/ CYNTHIA IMBROGNO     </u>
                   UNITED STATES MAGISTRATE JUDGE

UNOPPOSED ORDER - 2